```
                                  UNITED STATES DISTRICT COURT

                                  EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| RALEIGH ZIMMERMAN, ) | |
|                Plaintiff, ) | NO. CV-11-0097-LRS |
| ) | **ORDER OF DISMISSAL** |
|    -vs- ) | |
| THRIFTY PAYLESS, INC., a foreign ) corporation d/b/a RITE AID ) PHARMACY, ) | |
|                Defendant. ) | |

    Pursuant to the stipulation of the parties (ECF No. 40) filed June 6, 2012, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

    The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE.**

    **DATED** this 13th day of June, 2012.

                                                ***s/Lonny R. Suko***
                                       _____
                                              LONNY R. SUKO
                                  UNITED STATES DISTRICT JUDGE

ORDER - 1